FirstEnergy Corp.

OA02 DB-Outage Scheduling
00040493  Majewski,James R
Pay Period From: 08/17/2009 To: 08/30/2009
Check Date      : 09/04/2009
FIT Status Married    Exemptions 00  Addtl    20.00
SIT Status Single     Exemptions 00  Addtl     0.00

Earnings - Current Period
Description         Hours     Rate      Amount          YTD
FE Salary                              2,067.31
FE Ex Sal Reduct                         103.37-

    Total Current Earnings           1,963.94      41,509.12

Before-Tax Deductions
    Savings Deduction    40.00                      842.00
    Medical                                          62.76
    Dental               32.16                      578.33
    Vision                9.14                      164.52
    RX                   22.92                      411.24

    Total BT Deductions             104.22        2,058.85

Taxes - Current Period
    FICA Soc Security   117.79                    2,498.28
    FICA Medicare        27.54                      584.27
    Federal             191.36                    5,000.94
    Ohio                 58.52                    1,274.21
    Oak Harbor           19.00                      402.93

    Total Current Taxes             414.21        9,760.63

After-Tax Deductions
    401K Loan    LM      49.47                      890.46
    FE  Pac FP            1.00                       18.00
    401K Loan2 LM        28.99                      521.82
    AD&D                  1.86                       33.74
    Supplemental Life     2.48                       44.64

    Total AT Deductions              83.80

               Bank Name                                          Amount
               ---------------------------------------            ------
Net Pay to   National City Bank                                 1,361.71

Total Net Pay                                 1,361.71

Quotas Remaining
    Vacation Base entitlement       5.00000  Hours
    PAD                             0.00000  Hours

FirstEnergy Corp.

OA02 DB-Outage Scheduling
00040493  Majewski,James R
Pay Period From: 08/03/2009 To: 08/16/2009
Check Date      : 08/21/2009
FIT Status Married    Exemptions 00  Addtl    20.00
SIT Status Single     Exemptions 00  Addtl     0.00

Earnings - Current Period

| Description | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| FE Salary | | | 2,067.31 | |
| FE Ex Sal Reduct | | | 103.37- | |
| Total Current Earnings | | | 1,963.94 | 39,545.18 |

Before-Tax Deductions

| | | | |
|---|---|---|---|
| Savings Deduction | 40.00 | | 802.00 |
| Medical | | | 62.76 |
| Dental | 32.16 | | 546.17 |
| Vision | 9.14 | | 155.38 |
| RX | 22.92 | | 388.32 |
| Total BT Deductions | 104.22 | | 1,954.63 |

Taxes - Current Period

| | | | |
|---|---|---|---|
| FICA Soc Security | 117.80 | | 2,380.49 |
| FICA Medicare | 27.55 | | 556.73 |
| Federal | 191.36 | | 4,809.58 |
| Ohio | 58.52 | | 1,215.69 |
| Oak Harbor | 19.00 | | 383.93 |
| Total Current Taxes | 414.23 | | 9,346.42 |

After-Tax Deductions

| | | | |
|---|---|---|---|
| 401K Loan   LM | 49.47 | | 840.99 |
| FE  Pac FP | 1.00 | | 17.00 |
| 401K Loan2 LM | 28.99 | | 492.83 |
| AD&D | 1.86 | | 31.88 |
| Supplemental Life | 2.48 | | 42.16 |
| Total AT Deductions | 83.80 | | |

| Bank Name | Amount |
|---|---|
| Net Pay to   National City Bank | 1,361.69 |

Total Net Pay                    1,361.69

Quotas Remaining
    Vacation Base entitlement    7.00000  Hours
    PAD                          0.00000  Hours

FirstEnergy Corp.

```
OA02 DB-Outage Scheduling
00040493  Majewski,James R
Pay Period From: 07/20/2009 To: 08/02/2009
Check Date     : 08/07/2009
FIT Status Married      Exemptions 00  Addtl    20.00
SIT Status Single       Exemptions 00  Addtl     0.00
```

Earnings - Current Period

| Description | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| FE Salary | | | 2,067.31 | |
| FE Ex Sal Reduct | | | 103.37- | |
| Total Current Earnings | | | 1,963.94 | 37,581.24 |

Before-Tax Deductions

| | | | |
|---|---|---|---|
| Savings Deduction | 40.00 | | 762.00 |
| Medical | | | 62.76 |
| Dental | 32.16 | | 514.01 |
| Vision | 9.14 | | 146.24 |
| RX | 22.92 | | 365.40 |
| Total BT Deductions | 104.22 | | 1,850.41 |

Taxes - Current Period

| | | | |
|---|---|---|---|
| FICA Soc Security | 117.79 | | 2,262.69 |
| FICA Medicare | 27.55 | | 529.18 |
| Federal | 191.36 | | 4,618.22 |
| Ohio | 58.52 | | 1,157.17 |
| Oak Harbor | 19.00 | | 364.93 |
| Total Current Taxes | 414.22 | | 8,932.19 |

After-Tax Deductions

| | | | |
|---|---|---|---|
| 401K Loan  LM | 49.47 | | 791.52 |
| FE  Pac FP | 1.00 | | 16.00 |
| 401K Loan2 LM | 28.99 | | 463.84 |
| AD&D | 1.86 | | 30.02 |
| Supplemental Life | 2.48 | | 39.68 |
| Total AT Deductions | 83.80 | | |

| Bank Name | | Amount |
|---|---|---|
| Net Pay to  National City Bank | | 1,361.70 |

Total Net Pay            1,361.70

Quotas Remaining
  Vacation Base entitlement    7.00000  Hours
  PAD                          0.00000  Hours

FirstEnergy Corp.

```
OA02 DB-Outage Scheduling
00040493  Majewski,James R
Pay Period From: 07/06/2009 To: 07/19/2009
Check Date      : 07/24/2009
FIT Status Married    Exemptions 00  Addtl    20.00
SIT Status Single     Exemptions 00  Addtl     0.00
```

Earnings - Current Period
| Description | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| FE Salary | | | 2,067.31 | |
| FE Ex Sal Reduct | | | 103.37- | |
| Total Current Earnings | | | 1,963.94 | 35,617.30 |

Before-Tax Deductions
| | Amount | YTD |
|---|---|---|
| Savings Deduction | 40.00 | 722.00 |
| Medical | | 62.76 |
| Dental | 32.16 | 481.85 |
| Vision | 9.14 | 137.10 |
| RX | 22.92 | 342.48 |
| Total BT Deductions | 104.22 | 1,746.19 |

Taxes - Current Period
| | Amount | YTD |
|---|---|---|
| FICA Soc Security | 117.79 | 2,144.90 |
| FICA Medicare | 27.55 | 501.63 |
| Federal | 191.36 | 4,426.86 |
| Ohio | 58.52 | 1,098.65 |
| Oak Harbor | 19.00 | 345.93 |
| Total Current Taxes | 414.22 | 8,517.97 |

After-Tax Deductions
| | Amount | YTD |
|---|---|---|
| 401K Loan   LM | 49.47 | 742.05 |
| FE   Pac FP | 1.00 | 15.00 |
| 401K Loan2 LM | 28.99 | 434.85 |
| AD&D | 1.86 | 28.16 |
| Supplemental Life | 2.48 | 37.20 |
| Total AT Deductions | 83.80 | |

| Bank Name | Amount |
|---|---|
| Net Pay to   National City Bank | 1,361.70 |

Total Net Pay                       1,361.70

Quotas Remaining
    Vacation Base entitlement    7.00000  Hours
    PAD                          0.00000  Hours

09-36626-maw    Doc 4    FILED 09/24/09    ENTERED 09/24/09 16:20:20    Page 4 of 8

COACT ASSOCIATES LTD  
2748 CENTENNIAL RD  
TOLEDO, OH 43617

\*\*VOID\*\*\*\*THIS IS NOT A CHECK\*\*\*\*VOID\*\*  
\*\*VOID\*\*\*\*THIS IS NOT A CHECK\*\*\*\*VOID\*\*  
\*\*VOID\*\*\*\*THIS IS NOT A CHECK\*\*\*\*VOID\*\*

6000106 - 00003

NICHOLE R MAJEWSKI  
118 WEST MAIN STREET  
OAK HARBOR, OH 43449

**\*\* Non Negotiable \*\***  
Authorized Signature(s)

\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*

# Check Stub

| Check No. | Pay End Date | Check Date | Net Amount |
|---|---|---|---|
| 1690707 | 09/15/2009 | 09/15/2009 | 986.25 |

| SSN | Dept | Account | Sub | Status | Exempt | Exempt | Extra Fed | Extra St |
|---|---|---|---|---|---|---|---|---|
| xxx-xx-6735 | | | | M | Fed: 0 | St: 0 | 0.00 | 0.00 |

| Description | Cur Used | YTD Used | Balance | Description | Cur Amt | YTD Amt |
|---|---|---|---|---|---|---|
| VACATION | 16.00 | 16.00 | -15.80 | Gross Earnings | 1,200.00 | 24,765.68 |
| **Description** | | | **Amount** | Federal Tax | 63.45 | 1,866.88 |
| Direct Deposit xxxxx924 | | | 986.25 | Social Security Tax | 74.40 | 1,535.47 |
| Total Direct Deposit | | | 986.25 | Medicare Tax | 17.40 | 359.10 |
| | | | | City Tax - All | 12.00 | 247.67 |
| Check Amount | | | 0.00 |   OAK Residence | 12.00 | |
| Net Amount | | | 986.25 | State Tax - All | 30.00 | 678.69 |
| | | | | AFLAC125 | 16.50 | 280.50 |

| Shf | Description | Rate | City | Hours | Earnings |
|---|---|---|---|---|---|
| | HOLIDAY | | | 8.00 | 0.00 |
| | HOLIDAY | | | | 1,200.00 |
| | PTO | | | 16.00 | 0.00 |
| | **TOTALS** | | | 24.00 | 1,200.00 |

Payrolls produced by Data Service Center Inc.

Data Services Employee Self Service                                                              Page 1 of 1

COACT ASSOCIATES LTD                          **VOID****THIS IS NOT A CHECK****VOID**
2748 CENTENNIAL RD                            **VOID****THIS IS NOT A CHECK****VOID**
TOLEDO, OH 43617                              **VOID****THIS IS NOT A CHECK****VOID**

6000106 - 00003

NICHOLE R MAJEWSKI
118 WEST MAIN STREET                          ** Non Negotiable **
OAK HARBOR, OH 43449                              Authorized Signature(s)

*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****VOID*****

# Check Stub

| Check No. | Pay End Date | Check Date | Net Amount |
|---|---|---|---|
| 1690690 | 08/31/2009 | 08/31/2009 | 1,203.82 |

| SSN | Dept | Account | Sub | Status | Exempt | Exempt | Extra Fed | Extra St |
|---|---|---|---|---|---|---|---|---|
| xxx-xx-6735 | | | | M | Fed: 0 | St: 0 | 0.00 | 0.00 |

| Description | Cur Used | YTD Used | Balance | Description | Cur Amt | YTD Amt |
|---|---|---|---|---|---|---|
| VACATION | 0.00 | 0.00 | -3.14 | Gross Earnings | 1,500.00 | 23,565.68 |
| | | | | Federal Tax | 108.45 | 1,803.43 |
| Description | | Amount | | Social Security Tax | 93.00 | 1,461.07 |
| Direct Deposit xxxxx924 | | 1,203.82 | | Medicare Tax | 21.75 | 341.70 |
| Total Direct Deposit | | 1,203.82 | | City Tax - All | 15.00 | 235.67 |
| | | | |  OAK Residence | 15.00 | |
| Check Amount | | 0.00 | | State Tax - All | 41.48 | 648.69 |
| Net Amount | | 1,203.82 | | AFLAC125 | 16.50 | 264.00 |

| Shf | Description | Rate | City | Hours | Earnings |
|---|---|---|---|---|---|
| | REGULAR | | | | 1,500.00 |
| | TOTALS | | | | 1,500.00 |

Payrolls produced by Data Service Center Inc.

COACT ASSOCIATES LTD
2748 CENTENNIAL RD
TOLEDO, OH 43617

\*\*VOID\*\*\*\*THIS IS NOT A CHECK\*\*\*\*VOID\*\*
\*\*VOID\*\*\*\*THIS IS NOT A CHECK\*\*\*\*VOID\*\*
\*\*VOID\*\*\*\*THIS IS NOT A CHECK\*\*\*\*VOID\*\*

6000106 - 00003

NICHOLE R MAJEWSKI
118 WEST MAIN STREET
OAK HARBOR, OH 43449

**\*\* Non Negotiable \*\***
Authorized Signature(s)

\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*

# Check Stub

| Check No. | Pay End Date | Check Date | Net Amount |
|---|---|---|---|
| 1690671 | 08/15/2009 | 08/14/2009 | 1,149.43 |

| SSN | Dept | Account | Sub | Status | Exempt | Exempt | Extra Fed | Extra St |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-6735 | | | | M | Fed: 0 | St: 0 | 0.00 | 0.00 |

| Description | Cur Used | YTD Used | Balance | Description | Cur Amt | YTD Amt |
|---|---|---|---|---|---|---|
| VACATION | 0.00 | 0.00 | -6.48 | Gross Earnings | 1,425.00 | 22,065.68 |
| Description | | Amount | | Federal Tax | 97.20 | 1,694.98 |
| Direct Deposit xxxxx924 | | 1,149.43 | | Social Security Tax | 88.35 | 1,368.07 |
| Total Direct Deposit | | 1,149.43 | | Medicare Tax | 20.66 | 319.95 |
| | | | | City Tax - All | 14.25 | 220.67 |
| Check Amount | | 0.00 | | OAK Residence | 14.25 | |
| Net Amount | | 1,149.43 | | State Tax - All | 38.61 | 607.21 |
| | | | | AFLAC125 | 16.50 | 247.50 |

| Shf | Description | Rate | City | Hours | Earnings |
|---|---|---|---|---|---|
| | PAY ADJUST | | | | 1,425.00 |
| | TOTALS | | | | 1,425.00 |

Payrolls produced by Data Service Center Inc.

https://www.dscpayroll.com/employees/forms/viewcheck.aspx?check=1690671&year=200...  9/22/2009

COACT ASSOCIATES LTD
2748 CENTENNIAL RD
TOLEDO, OH 43617

\*\*VOID\*\*\*\*THIS IS NOT A CHECK\*\*\*\*VOID\*\*
\*\*VOID\*\*\*\*THIS IS NOT A CHECK\*\*\*\*VOID\*\*
\*\*VOID\*\*\*\*THIS IS NOT A CHECK\*\*\*\*VOID\*\*

6000106 - 00003

NICHOLE R MAJEWSKI
118 WEST MAIN STREET
OAK HARBOR, OH 43449

**\*\* Non Negotiable \*\***
Authorized Signature(s)

\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*VOID\*\*\*\*\*

# Check Stub

| Check No. | Pay End Date | Check Date | Net Amount |
|---|---|---|---|
| 1690653 | 07/31/2009 | 07/31/2009 | 1,203.82 |

| SSN | Dept | Account | Sub | Status | Exempt | Exempt | Extra Fed | Extra St |
|---|---|---|---|---|---|---|---|---|
| xxx-xx-6735 | | | | M | Fed: 0 | St: 0 | 0.00 | 0.00 |

| Description | Cur Used | YTD Used | Balance | Description | Cur Amt | YTD Amt |
|---|---|---|---|---|---|---|
| VACATION | 0.00 | 0.00 | -9.82 | Gross Earnings | 1,500.00 | 20,640.68 |
| Description | | | Amount | Federal Tax | 108.45 | 1,597.78 |
| Direct Deposit xxxxx924 | | | 1,203.82 | Social Security Tax | 93.00 | 1,279.72 |
| Total Direct Deposit | | | 1,203.82 | Medicare Tax | 21.75 | 299.29 |
| | | | | City Tax - All | 15.00 | 206.42 |
| Check Amount | | | 0.00 | OAK Residence | 15.00 | |
| Net Amount | | | 1,203.82 | State Tax - All | 41.48 | 568.60 |
| | | | | AFLAC125 | 16.50 | 231.00 |

| Shf | Description | Rate | City | Hours | Earnings |
|---|---|---|---|---|---|
| | REGULAR | | | | 1,500.00 |
| | TOTALS | | | | 1,500.00 |

Payrolls produced by Data Service Center Inc.

https://www.dscpayroll.com/employees/forms/viewcheck.aspx?check=1690653&year=200... 9/22/2009