# United States Bankruptcy Court
## Northern District of Ohio

In re    **James R Majewski,**
           **Nichole R Majewski**
                              Debtors

Case No. **09-36626**

Chapter **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 75,000.00 | | |
| B - Personal Property | Yes | 4 | 59,170.78 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 161,787.07 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 180,386.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,249.20 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,163.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| | | Total Assets | 134,170.78 | | |
| | | Total Liabilities | | 342,173.78 | |

# United States Bankruptcy Court
## Northern District of Ohio

| | | |
|---|---|---|
| In re | James R Majewski,<br>Nichole R Majewski | Case No. 09-36626 |
| | Debtors | Chapter 13 |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 152,169.88 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 152,169.88 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,249.20 |
| Average Expenses (from Schedule J, Line 18) | 4,163.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,940.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 33,561.94 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 180,386.71 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 213,948.65 |

B6D (Official Form 6D) (12/07)

In re **James R Majewski,**
**Nichole R Majewski**
_____,
Debtors

Case No. **09-36626**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx8753** <br><br> **1st Source B** <br> **100 N Michigan St P O Box 149** <br> **South Bend, IN 46601** | | H | Opened 1/01/04 Last Active 7/01/09 <br><br> **First Mortgage** <br><br> **Single Family Home at 118 W. Main St.** <br> **Oak Harbor, Ohio 43449** <br><br> Value $ 75,000.00 | | | | 92,377.00 | 17,377.00 |
| Account No. **xxxxxx9418** <br><br> **Chrysler** <br> **27777 Franklin Rd** <br> **Southfield, MI 48034-2337** | | J | Opened 5/01/07 Last Active 8/01/09 <br><br> **Chattel** <br><br> **2008 Dodge Avenger** <br><br> Value $ 19,872.00 | | | | 19,872.00 | 0.00 |
| Account No. **x6539** <br><br> **Fifth Third Bank** <br> **Fifth Third Center** <br> **Cincinnati, OH 45263** | | J | Opened 3/30/07 Last Active 7/28/09 <br><br> **Chattel** <br><br> **2007 Dodge Nitro** <br><br> Value $ 25,353.13 | | | | 25,353.13 | 0.00 |
| Account No. **xxxxxxx0471** <br><br> **Hsbc/Kawas** <br> **Pob 15521** <br> **Wilmington, DE 19805** | | H | Opened 6/01/08 Last Active 7/01/09 <br><br> **Purchase Money Security** <br><br> **Kawasaki jet ski** <br><br> Value $ 7,000.00 | | | | 9,783.00 | 2,783.00 |
| **_1_** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 147,385.13 | 20,160.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **James R Majewski,**
**Nichole R Majewski**
                                                            ,
                                    Debtors

Case No. **09-36626**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx7485** <br><br> **Hsbc/Rs** <br> **90 Christiana Rd** <br> **New Castle, DE 19720** | | H | **Opened 2/18/08  Last Active 6/23/09** <br> **Purchase Money Security** <br> **HP lap top computer purchased in 2007** <br><br> Value $ **500.00** | | | | **2,054.94** | **1,554.94** |
| Account No. **xx6823** <br><br> **Kay Jewelers** <br> **375 Ghent Rd** <br> **Akron, OH 44333** | | H | **Opened 5/01/03  Last Active 6/01/09** <br> **Goods purchased at Kay Jewellers - earrings** <br><br> Value $ **500.00** | | | | **2,000.00** | **1,500.00** |
| Account No. **xxxx5298** <br><br> **Ntl Bk Oakhb** <br> **147 W Water** <br> **Oak Harbor, OH 43449** | | H | **Opened 4/01/04  Last Active 7/01/09** <br> **HELOC** <br> **Single Family Home at 118 W. Main St. Oak Harbor, Ohio 43449** <br><br> Value $ **75,000.00** | | | | **10,347.00** | **10,347.00** |
| Account No. <br><br> | | | <br><br> Value $ | | | | | |
| Account No. <br><br> | | | <br><br> Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  **14,401.94**   **13,401.94**

Total (Report on Summary of Schedules)  **161,787.07**   **33,561.94**

B6J (Official Form 6J) (12/07)

In re **James R Majewski / Nichole R Majewski**  Case No. **09-36626**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,000.00 |
| a. Are real estate taxes included? Yes ___ No **X** | |
| b. Is property insurance included? Yes ___ No **X** | |
| 2. Utilities: a. Electricity and heating fuel | $ 350.00 |
| b. Water and sewer | $ 45.00 |
| c. Telephone | $ 0.00 |
| d. Other **See Detailed Expense Attachment** | $ 250.00 |
| 3. Home maintenance (repairs and upkeep) | $ 150.00 |
| 4. Food | $ 620.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 140.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 10.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 98.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other **Anticipated car payment #1** | $ 350.00 |
| c. Other **Anticipated car payment #2** | $ 375.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **personal items** | $ 75.00 |
| Other **pet expenses** | $ 50.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,163.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**Debtors surrendered their home and are currently renting a house for $1,000/month.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 5,249.20 |
| b. Average monthly expenses from Line 18 above | $ 4,163.00 |
| c. Monthly net income (a. minus b.) | $ 1,086.20 |

**B6J (Official Form 6J) (12/07)**

In re James R Majewski
Nichole R Majewski
Debtor(s)

Case No. **09-36626**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| cable/internet | $ 90.00 |
| cell phones | $ 160.00 |
| **Total Other Utility Expenditures** | $ **250.00** |

# United States Bankruptcy Court
## Northern District of Ohio
### Western Division

| | | | |
|---|---|---|---|
| In re | James Majewski<br>Nichole Majewski | Case No. | **09-36626** |
| | Debtor(s) | Chapter | 13 |
| | | Judge | Whipple |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Amended Schedules D and J, and Form 6**

I declare under penalty of perjury that I have read the foregoing *Amended Schedules D/J and Form 6* and that it is true and correct to the best of my knowledge, information and belief.

Date: February 18, 2010
/s/ James Majewski
/s/ Nichole Majewski
James and Nichole Majewski, Debtors

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

James & Nichole Majewski
1547 Latcha Rd
Millbury , OH 43447

John P. Gustafson
316 N. Michigan Street
Toledo Bldg. # 501
Toledo, OH 43624

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

09-36626-maw    Doc 49    FILED 02/18/10    ENTERED 02/18/10 17:12:01    Page 7 of 8

Date: February 18, 2010                     **/s/ Adrienne M. Hines**
                                            **Adrienne M. Hines 0067248**
                                            Attorney for Debtor(s)
                                            **Calhoun, Kademenos, & Childress, Co. L.P.A.**
                                            **502 W. Washington St.**
                                            **Sandusky, OH 44870-2241**
                                            **(419) 625-7770 Fax:(419) 525-9476**
                                            **lauriet@ckhlaw.com**