EXHIBIT E

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-36626 |
| | ) | |
| JAMES R. MAJEWSKI | ) | Chapter 13 |
| NICHOLE R. MAJEWSKI | ) | |
| | ) | Judge MARY ANN WHIPPLE |
| Debtors | ) | |

RELIEF FROM STAY/ADEQUATE PROTECTION EXHIBIT AND WORKSHEET

Total indebtedness of debtors on the date of the filing of this Motion ( 03/18/10 ):

| | | |
|---|---|---|
| PRINCIPAL: | $ 92,377.29 | |
| INTEREST: | $ 4,721.15 | (per day rate $ 16.45 ) |
| OTHER CHARGES: [1] | $ | |
| SUBTOTAL INDEBTEDNESS: | **$ 97,098.44** | |

Less:
| | | |
|---|---|---|
| CREDITS DUE DEBTOR (S): | $ 0 |
| TOTAL INDEBTEDNESS: | **$ 97,098.44** |

Arrearages:
| | | |
|---|---|---|
| BEFORE DATE OF FILING: | $ 2,336.88 |
| AFTER DATE OF FILING: [2] | $ 4,673.76 |
| TOTAL ARREARAGES: | **$ 7,010.64** |

Loan Data:
| | |
|---|---|
| DATE OF LOAN | 01/23/04 |
| FACE AMOUNT OF LOAN | $ 99,236.00 |
| (Principal/Cash Price): | $ 92,377.29 |
| CURRENT INTEREST RATE: | 6.5 % |
| MONTHLY PAYMENT: | |
| AMOUNT: | $ 749.00 |
| NO. OF PAYMENTS DUE: | 9 |
| DATE OF LAST PAYMENT: | June, 2009 |

COLLATERAL FOR THE LOAN IS:

---

[1] For Chapter 13 cases, an itemization is attached.

[2] For Chapter 13 cases, a post-petition payment history is attached.

1. Mortgage on    118 West Main St., Oak Harbor, OH 43449
2. _____
3. _____

ESTIMATED MARKET VALUE OF COLLATERAL:
    At time of loan:                $ 100, 000.00
    At time of this hearing:        $ 67,050.00
    Source of Valuation(s):         Ottawa County Treasurer, Ottawa County OH

Did the Movant make the loan? (No)      no[3]

This Exhibit and Worksheet was prepared by:

Laurito & Laurito LLC

/s/ Erin M. Laurito

_____
Erin M. Laurito (0075531)
Jeffrey V Laurito (0014652)
Attorneys at Law
35 Commercial Way
Springboro OH 45066
Telephone (937) 743-4878
Fax        (937) 743-4877

---

[3] If no, a history of each transfer from the original lender is attached.

# Proof Of Claim Worksheet

| | | | | |
|---|---|---|---|---|
| Debtor: | James R Majewski | | Loan # | 5318753 |
| Mortgagee: (Owner Of Note) | 1st Source Bank | | Intererest | 6.500% |
| Property Address: | 118 West Main St, Oak Harbor, OH 43449 | | | |
| B/K Case #: | 09-36626 | Ch-13 | Filed | 09/24/2009 |

| | | | | |
|---|---|---|---|---|
| Principal Balance at B/K date: | | | $ | 92,377.29 |
| Earned Interest up to B/K date: | Per Diem | $16.45 | $ | 1,891.83 |
| Escrow Shortage: **SEE DETAIL BELOW** | | | $ | 113.81 |
| Payment Arrearage: | Due for the 7/1/09 Payment | | | |
| 3 | Payments of $ | $749.00 | $ | 2,247.00 |
| | Payments of $ | | | |
| | Payments of $ | | $ | |
| | Payments of $ | | $ | |
| Late Charges: | 3 | $29.96 | $ | 89.88 |
| Payment Arrearage: | | | | |
| | Payments of $ | $ | | |
| | Payments of $ | | | |
| **Escrow Shortage breakdown:** | | | | |
| Accured Attorney Fees: | | | | |
| Accured Attorney Costs: | | | | |
| Real Estate taxes: | | | | |
| MI/PMI Insurance: | | | | |
| Property Inspections: | | | | |
| Other Fees: **NSF/FAX balance** | | | | |
| Homeowners Insurance: | | | | |
| **Accrued Late Charges:** | | 1 | $ | 29.96 |
| ***Additional Attorney Fees/ Costs: | | | | |
| Unapplied Funds: | | | | |
| Payment Change effective : | | | | |
| New Payment: | | New Late Charge: | | |
| **Current Payment:** | $ | 749 | **Current Late Charge:** $ | 29.96 |

*** Please add projected allowable attorney fees/cost for this bankruptcy up to the date of the filing only.