# United States Bankruptcy Court
### Northern District of Ohio

In re: **James R Majewski / Nichole R Majewski**, Debtor(s)

Case No. **09-36626**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-8016**

Joint Debtor's Social Security Number: **xxx-xx-6735**

**Our Former Mailing Address was:**

Name: **James R Majewski and Nichole R Majewski**
Street: **1547 Latcha Road**
City, State and Zip: **Millbury, OH 43447**

**Please be advised that effective May 14, 2010 our new mailing address will be:**

Name: **James R Majewski and Nichole R Majewski**
Street: 1274 Delia Avenue
City, State and Zip: Akron, OH 44320

/s/ James R Majewski
**James R Majewski**
Debtor

/s/ Nichole R Majewski
**Nichole R Majewski**
Joint Debtor