IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | CASE NO: 09-36626 |
| | ) | |
| James Majewski | ) | Judge: Mary Ann Whipple |
| Nichole Majewski | ) | |
| | ) | **OBJECTION TO** |
| Debtors | ) | **CLAIM # 2-1 FILED BY** |
| | ) | **EVERST UNIVERSITY** |
| | ) | |
| | ) | Adrienne M. Hines #0067248 |
| | ) | 502 W. Washington, Street |
| | ) | Sandusky, OH 44870 |
| | ) | (419) 625-7770 Phone |
| | ) | (419) 525-9476 Fax |
| | ) | lauriet@ckhlaw.com |

Now come the Debtors, James Majewski and Nichole Majewski, by and through undersigned counsel and respectfully request that this Court deny Everst University's, claim #2-1.

Respectfully Submitted,

/s/Adrienne M. Hines
Adrienne M. Hines #0067248
Attorney for the Debtors

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of foregoing Objection was served, via regular U.S. Mail, upon the Chapter 13 Trustee, John Gustafson, 316 N. Michigan Street, Toledo Building #501, Toledo, OH 43624; Everst University C/O Corinthian Colleges, Inc. Attention Financial Services, PO Box 25117, Santa Ana, CA 92799-5117; the Office of the U.S. Trustee, Howard Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114; and the Debtors, James and Nichole Majewski, 1274 Delia Avenue, Akron, OH 44320, on this the 25th day of June, 2010.

/s/ Adrienne M. Hines
Adrienne M. Hines #0067248
Attorney for the Debtors