# PROCEEDING MEMO
# HONORABLE MARY ANN WHIPPLE

In Re:

**James and Nichole Majewski**

Case No. **09-36626**
Chapter 13

Debtor(s).

NATURE OF PROCEEDING:

Debtors' Objection to Claim of Sallie Mae, Inc. [Doc. # 124]

APPEARANCES:
~~Debtor(s)~~
Atty for Debtor(s): Adrienne M. Hines (by phone) ✓ ✱
Atty for Creditor: Guillermo J. Rojas ✓
Trustee: John Gustafson ✓

- ☒ HEARING HELD
- ☐ HEARING NOT HELD
- ☐ MOTION TO CONTINUE F/C _____ DAYS
- ☒ AGREED ENTRY ON OR BEFORE _30_ DAYS
- ☒ STATUS REPORT ON OR BEFORE _30_ DAYS  *or*
- ☐ MOTION TO BE WITHDRAWN _____ DAYS
- ☐ OBJECTION TO BE WITHDRAWN _____ DAYS
- ☐ GRANTED  ☐ APPROVED  ☐ DISAPPROVED
- ☐ DENIED  ☐ With Prejudice  ☐ Without Prejudice
- ☐ SUSTAINED
- ☐ ADJOURNED TO _____

- ☐ EVIDENCE SUBMITTED
- ☐ DISMISSED
- ☐ TAKEN UNDER ADVISEMENT
- ☐ MOTION CUT-OFF
- ☐ DISCOVERY CUT-OFF
- ☐ FINAL PRE-TRIAL
- ☐ TRIAL

COMMENTS OF COURT: _____

**HEARING DATE: Tuesday, December 14, 2010**

FOR COURT USE ONLY:
☐ Order Uploaded   ☐ For WP Docket   ☐ Need Order   ☐ Return for Order