IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-36626 |
| | ) | Chapter 13 |
| James R. Majewski | ) | |
| and | ) | Judge Mary Ann Whipple |
| Nichole R. Majewski, | ) | |
| | ) | **STATUS REPORT** |
| Debtors | ) | |

The United States of America, on behalf of the United States Department of Education ("DOE"), has not received any contact from debtor's attorney regarding DOE's proof of claim. Government Counsel attempted to contact debtor's attorney but was unsuccessful. The United States' position, as stated in its response to the debtor's objection to proof of claim, remains unchanged.

Respectfully submitted,

STEVEN M. DETTELBACH
UNITED STATES ATTORNEY

 /s/ Guillermo J. Rojas
Guillermo J. Rojas
Assistant United States Attorney
Registration No. 0069882
Four Seagate, Suite 308
Toledo, Ohio 43604-2624
419-259-6376

## CERTIFICATE OF SERVICE

It is hereby certified that on January 13, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Office of U.S. Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114

Adrienne Marie Hines
Calhoun, Kademenos & Childress Co. LPA
502 W. Washington Street
Sandusky, Ohio 44870

John P. Gustafson
Chapter 13 Trustee
Toledo Bldg. #501
316 N. Michigan Street
Toledo, Ohio 43624

    /s/Guillermo J. Rojas
Guillermo J. Rojas
Assistant U. S. Attorney