**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | CASE NO: 09-36626 |
| | ) | |
| James Majewski | ) | Judge: Mary Ann Whipple |
| Nichole Majewski | ) | |
| | ) | **WITHDRAWAL OF** |
| | ) | **OBJECTION TO CLAIM #25-1** |
| Debtors | ) | **FILED BY SALLIE MAE, INC.** |
| | ) | |
| | ) | Adrienne M. Hines #0067248 |
| | ) | 502 W. Washington, Street |
| | ) | Sandusky, OH 44870 |
| | ) | (419) 625-7770 Phone |
| | ) | (419) 525-9476 Fax |
| | ) | lauriet@ckhlaw.com |

Now come the Debtors, James Majewski and Nichole Majewski, by and through undersigned counsel and withdraws their objection to Sallie Mae, Inc's proof of claim #25.

Respectfully Submitted,

/s/Adrienne M. Hines
Adrienne M. Hines #0067248
Attorney for the Debtors

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of foregoing Withdrawal Of Objection to Proof of Claim was served, via regular U.S. Mail, upon the Chapter 13 Trustee, John Gustafson, 316 N. Michigan Street, Toledo Building #501, Toledo, OH 43624; the Office of the U.S. Trustee, Howard Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114; the Debtors, James and Nichole Majewski, 1274 Delia Avenue, Akron, OH 44320, and all creditors of interest, a list of which is attached hereto on this the 31st day of January, 2011.

## Additional Service List

Alison A. Gill
Fusco, Mackey, Mathews & Gill LLP
655 Cooper Road
Westerville, OH 43081


Chrysler Financial Services
PO Box 9001897
Louisville, KY 40290-1897


Elizabeth Alphin
Mapother & Mapother P.S.C.
815 West Market Street
Suite 500
Louisville, KY 40202


Fifth Third Bank
PO Box 829009
Dallas, TX 75382-9009

Guillermo J. Rojas
Assistant U.S. Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624

HSBC BANK NEVADA, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Sallie Mae, Inc.
220 Lasley Avenue
Wilkes-Barre, PA 18706

/s/ Adrienne M. Hines
Adrienne M. Hines #0067248
Attorney for the Debtors